UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION – IN ADMIRALTY

| | | |
|---|---|---|
| IN RE SKANSKA USA CIVIL SOUTHEAST INC. AND SKANSKA USA, INC., AS OWNERS OF THE BARGE 471206 PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | §§§§§§§§ | ADMIRALTY RULE 9(H) <br><br> CIVIL ACTION NO. <br> 3:21-cv-0527-RV-EMT |

## NOTICE TO CLAIMANTS

To:   Anyone claiming loss, injury, damage, or destruction allegedly caused by the Barge 471206 on or about September 16, 2020 during Hurricane Sally.

1.   Barge 471206 ("the Vessel") is a vessel owned by Skanska USA Civil Southeast, Inc. ("Skanska Civil") and Skanska USA, Inc. ("Skanska USA") (collectively "Skanska") within the meaning of the Limitation of Liability Act, 46 U.S.C. § 30501 *et seq.* Skanska has filed a complaint in the United States District Court for the Northern District of Florida, Pensacola Division, seeking exoneration from or limitation of liability as owner of the Vessel in respect of any loss, injury, damage, or destruction allegedly caused by the Vessel during Hurricane Sally on or about September 16, 2020.

2.   Any person having a claim allegedly caused by the Vessel during Hurricane Sally is hereby given notice that all such claims must be filed with the Clerk of this Court by no later than May 11, 2021. All such claims must specify the facts upon

which the claimant relies in support of the claim, the items of the claim, and the dates on which the claim accrued.  All such claims must also be served on counsel for Skanska by no later than May 11, 2021, at the following address:

>Derek A. Walker
>**CHAFFE MCCALL, LLP**
>2300 Energy Centre
>1100 Poydras Street
>New Orleans, Louisiana 70163-2300

Any person failing to file a claim as set forth above will be forever barred and permanently enjoined from making and filing any such claims. In addition, any person desiring to contest either the right to exoneration from or the right to limitation of liability must file and serve an answer to the complaint unless the claim has included an answer.

3.    Any person having such a claim is also given notice that this Court has enjoined the prosecution of any other action or proceeding arising out of this incident, and that all such claims can only be filed and prosecuted in this limitation of liability proceeding, and that all such claims in any other court or forum shall cease.

Witnessed, the Clerk of the Court of the United States District Court for the Northern District of Florida, this __31__ day of ____**March**____, 2021.



JESSICA J. LYUBLANOVITS, CLERK

By:__/s/ *A'Donna Bridges, Deputy Clerk*__
           Deputy Clerk